IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ONE BEACON INSURANCE CO., | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JOANN DAMBACHER, | : | No. 09-5106 |
| Defendant. | : | |

## ORDER

**AND NOW,** this **27th** day of **September, 2010,** following a bench trial held on September 9, 2010, and for the reasons presented in the Court's Memorandum dated September 27, 2010, it is hereby **ORDERED** that:

1. Judgment is entered in favor of Defendant Joann Dambacher and against Plaintiff OneBeacon Insurance Company.

2. OneBeacon Insurance Company shall pay Joann Dambacher's reasonable future expenses for: (a) nursing services, including for nursing services in excess of $4,000 per month; (b) van modifications; and (c) home renovations.

3. If the parties have not reached a resolution on the issue of reasonable future expenses for home renovations by **November 29, 2010**, the parties shall file briefs and notify the Court by that date. The Court will then schedule a hearing.

4. Plaintiff's counsel shall promptly advise the Court of settlement of the case.

BY THE COURT:

_____
Berle M. Schiller, J.