IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ONE BEACON INSURANCE CO., | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JOANN DAMBACHER, | : | No. 09-5106 |
| Defendant. | : | |

## JUDGMENT AND ORDER

**AND NOW,** this **2nd** day of **March, 2011,** following a hearing held on January 31, 2011, and for the reasons presented in the Court's Memorandum dated March 2, 2011, it is hereby **ORDERED** that:

1. Judgment is entered in favor of Defendant Joann Dambacher and against Plaintiff OneBeacon Insurance Company in the amount of $244,715.50.

2. The Clerk of the Court is directed to close this case.

BY THE COURT:

/s/ Berle M. Schiller

**Berle M. Schiller, J.**